IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MONA G. ROLLINS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv770-SRW |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon consideration of plaintiff's petition for attorney fees, filed May 7, 2008, it is

ORDERED that defendant is DIRECTED to respond to the application on or before May 16, 2008. If the Commissioner objects to any item of fees claimed by plaintiff, the Commissioner must specify the item and the reason for his objection.

Done, this 8th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE